UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 JAN 19 PM 1: 03
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV: COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-14 |
| Plaintiff, | JUDGE Watson |
| vs. | INDICTMENT |
| NALAH T. JACKSON, | 18 U.S.C. § 1201(a)(1) & (g) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Kidnapping of a Minor)

1. Between on or about December 19, 2022, and December 20, 2022, in the Southern District of Ohio, the defendant, **NALAH T. JACKSON**, did willfully and unlawfully seize, confine, kidnap, abduct, and carry away John Doe #1, a minor victim who had not attained the age of 18 years old, and held John Doe #1 for ransom and reward and otherwise, and used any means, facility, and instrumentality of interstate commerce in committing and in furtherance of the offense, when **NALAH T. JACKSON** was over the age of 18 and was not John Doe #1's parent, grandparent, brother, sister, aunt, uncle, or an individual having legal custody of John Doe #1.

**In violation of Title 18, United States Code, Section 1201(a)(1) & (g).**

## COUNT TWO
### (Kidnapping of a Minor)

2. Between on or about December 19, 2022, and December 22, 2022, in the Southern District of Ohio and elsewhere, the defendant, **NALAH T. JACKSON**, did willfully and unlawfully seize, confine, kidnap, abduct, and carry away John Doe #2, a minor victim who had not attained the age of 18 years old, and John Doe #2 was transported and caused to be transported in interstate commerce, and **NALAH T. JACKSON** used any means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, and held John Doe #2 for ransom and reward and otherwise when **NALAH T. JACKSON** was over the age of 18 and was not John Doe #2's parent, grandparent, brother, sister, aunt, uncle, or an individual having legal custody of John Doe #2.

**In violation of Title 18, United States Code, Section 1201(a)(1) & (g).**

s/Foreperson
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**EMILY K. CZERNIEJEWSKI (IL 6308829)**
**NOAH R. LITTON (OH 0090479)**
Assistant United States Attorneys

2