UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-** Case No. 2:23-cr-14

**Nalah T. Jackson**

### COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | February 7, 2024 At 2:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Emily Czerniejewski Noah Litton |
| COURT REPORTER: | Lahana DuFour | COUNSEL FOR DEFT(S). | Stacey MacDonald Soumyajit Dutta |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

Change of Plea Hearing

-Dft consents to pleading before a U.S. Magistrate Judge
-Dft sworn in
-Court finds dft is competent to enter a plea
-Dft pleads guilty
-PSI Ordered
-R&R to be issued
-Dft motions Court to recommend to USMS that Dft be housed at either Butler County or CCNO; Court makes recommendation
-Dft remanded